IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02682-TPO

MARLON IVAN GUINAC LOPEZ,

     Petitioner,

v.

WARDEN,
Denver Contract Detention Facility,

DENVER FIELD OFFICE DIRECTOR,
U.S. Immigration and Customs Enforcement,

TODD BLANCHE, Acting U.S. Attorney General, and

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

in their official capacities,

     Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 16, 2026.**

This matter comes before the Court upon its own review of the case record. This Court notes no activity in this case since its Minute Order/Order to Show Cause [ECF 8] on July 6, 2026. On its own motion this Court *sua sponte* extends the deadlines that it had set in that order.

By **July 20, 2026**, Petitioner shall serve Respondents with the Amended Petition [ECF 5], this Court's prior Order to Show Cause [ECF 8], and this Minute Order by email and overnight mail pursuant to the service requirements outlined in Fed. R. Civ. P. 4(i) and promptly file proof of service.

The deadline for Respondents to show cause why the Amended Petition should not be granted is extended to **July 24, 2026.** By the same deadline of **July 24, 2026**, the Parties shall complete and file the Magistrate Judge Consent Form [ECF 7].

Once the Respondents have filed their Response, the Court will determine whether additional briefing is needed or whether the Petition must be granted.