IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02682-TPO

MARLON IVAN GUINAC LOPEZ,

      Petitioner,

v.

WARDEN,
Denver Contract Detention Facility,

DENVER FIELD OFFICE DIRECTOR,
U.S. Immigration and Customs Enforcement,

TODD BLANCHE, Acting U.S. Attorney General, and

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 22, 2026**

      This matter comes before this Court upon Petitioner's Notice of Voluntary Dismissal. ECF 10.

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's notice is self-effectuating. Accordingly, this matter was dismissed without prejudice as of its filing.

      The Clerk of Court shall **close** this case.